# THOMAS, LONG, NIESEN & KENNARD

*Attorneys and Counsellors at Law*    September 8, 2010

Clerk, U.S. Bankruptcy Court
The Ronald Reagan Federal Building
228 Walnut Street
Room 320
P O BOX 908
Harrisburg, PA 17108-0908

      RE: Ben C. Reigert a/k/a Ben C. Reigert, Sr.
         Case No. 1-09-bk-01871 MDF
         Chapter 7

Dear Case Administrator:

In accordance with USCS §347, **Unclaimed Property** stating that all unclaimed dividends must be turned over to the Clerk of the Court, please prepare an Order directing deposit of **$2,537.60** to the Registry Fund in the above referenced case. The original check was issued on June 3, 2010, and to date has not been cashed. The creditor/claim is as follows:

      **Claim # 1**
      **Metropolitan Edison Company**
      **A Firstenergy Company**
      **331 Newman Springs Rd. Bldg 3**
      **Red Bank NJ 07701**

              Sincerely yours,

              Lawrence G. Frank

LGF:dkh

cc

FILED
HAR... PA
2010 SEP -9 AM 9: 45
CLERK U.S. BANKRUPTCY COURT